OTTO CALABRIA, as Administrator of the Estate of PASQUALE CALABRIA, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 25268.)

Argued June 2, 1942; decided July 29, 1942.

*John F. Nash* and *John C. Smith* for appellant.

*John J. Bennett, Jr., Attorney General (James H. Glavin, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and DESMOND, JJ. Dissenting: LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.